IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NANCY LEE CARLSON, § § § Plaintiff, § § v. § § UNITED STATES OF AMERICA, and § THE NATIONAL AERONAUTICS § AND SPACE ADMINISTRATION, § § Respondents. § § | CASE NO. 4:16-MC-02983 |

## ORDER

Pending before the Court is Respondents' Motion to Dismiss for Lack of Jurisdiction. **(Instrument No. 5)**. On December 20, 2016, Plaintiff Nancy Lee Carlson ("Plaintiff") filed a motion for return of a lunar bag pursuant to Federal Rule of Criminal Procedure 41(g). (Instrument No. 1). Respondents seek to dismiss Plaintiff's motion on the basis that Plaintiff was not a party to the criminal case in which the bag was seized and that the bag is no longer related to a criminal case. (Instrument No. 5 at 3).

Rule 41(g) states that a motion to return property "must be filed in the district where the property was seized." Fed. R. Crim. P. 41(g). In *United States v. Max Ary*, the criminal case in which the bag was seized, Plaintiff filed a motion to retrieve the bag pursuant to Rule 41(g). No. 05-cr-10053 (D. Kan. Dec. 14, 2016). There, the District Court for the District of Kansas held that it lacked authority to grant a Rule 41(g) motion because the "bag was seized by NASA in Texas." *Id.* at 15. Based on the plain language of Rule 41(g), Plaintiff has jurisdiction to file a Rule 41(g) motion in the Southern District of Texas.

IT IS HEREBY ORDERED that Respondents' Motion to Dismiss is **DENIED**. **(Instrument No. 5)**. Plaintiff's Motion for Conference is **DENIED** as moot. **(Instrument No. 4)**. Plaintiff's Motion for Return of Illegally Seized Property is set for a hearing on February 24, 2017 at 9:30 a.m. in Courtroom 9A. (Instrument No. 1). Respondents have 20 days from the date of this Order to respond to Plaintiff's Motion. (Instrument No. 1).

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 24th day of January, 2017.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**