Case 4:16-mc-02983   Document 7-1   Filed on 02/13/17 in TXSD   Page 1 of 1

**Attachment A**

OWNERS AND OWNERSHIP—ARTIFACTS OF ASTRONAUTS, PL 112-185, October...

PL 112-185, October 5, 2012, 126 Stat 1425

UNITED STATES PUBLIC LAWS

112th Congress - Second Session

Convening January 04, 2012

Additions and Deletions are not identified in this database.
Vetoed provisions within tabular material are not displayed
Vetoes are indicated by Text ;
stricken material by Text .

PL 112–185 [HR 4158]

October 5, 2012

OWNERS AND OWNERSHIP—ARTIFACTS OF ASTRONAUTS

An Act To confirm full ownership rights for certain United States astronauts to artifacts from the astronauts' space missions.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,

## SECTION 1. DEFINITION OF ARTIFACT.

For purposes of this Act, the term "artifact" means, with respect to an astronaut described in section 2(a), any expendable item utilized in missions for the Mercury, Gemini, or Apollo programs through the completion of the Apollo–Soyuz Test Project not expressly required to be returned to the National Aeronautics and Space Administration at the completion of the mission and other expendable, disposable, or personal-use items utilized by such astronaut during participation in any such program. The term includes personal logs, checklists, flight manuals, prototype and proof test articles used in training, and disposable flight hardware salvaged from jettisoned lunar modules. The term does not include lunar rocks and other lunar material.

## SEC. 2. FULL OWNERSHIP OF ARTIFACTS.

(a) IN GENERAL.—A United States astronaut who participated in any of the Mercury, Gemini, or Apollo programs through the completion of the Apollo–Soyuz Test Project, who received an artifact during his participation in any such program, shall have full ownership of and clear title to such artifact.

(b) NO FEDERAL GOVERNMENT CLAIM.—The Federal Government shall have no claim or right to ownership, control, or use of any artifact in possession of an astronaut as described in subsection (a) or any such artifact that was subsequently transferred, **\*1426** sold, or assigned to a third party by an astronaut described in subsection (a).

Approved October 5, 2012.

**End of Document**               © 2017 Thomson Reuters. No claim to original U.S. Government Works.