IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NANCY LEE CARLSON,**<br><br>　　　　　*Movant*,<br><br>v.<br><br>**The UNITED STATES OF AMERICA, and the NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,**<br><br>　　　　　*Respondents*. | **CASE NO. 4:16-MC-2983** |

### ORDER ON MOTION FOR RETURN OF SEIZED PROPERTY

Before the Court is Plaintiff's Motion for Return of Illegally Seized Property (**Instrument No. 1**).  The motion was called for hearing by the Court on February 24, 2017.  After full consideration of the briefs submitted by the parties, the arguments of counsel, and the law, the Court finds the motion should be granted.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Return of Illegally Seized Property (**Instrument No. 1**) is **GRANTED**.  Respondents are commanded to produce and hand over to the Plaintiff the Apollo 11 Lunar Sample Collection Bag at issue, at the Johnson Space Center, on Saturday, February 25, 2017, at noon.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the ___ day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**VANESSA D. GILMORE**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

1119682v1